IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| JAHANBAKHSH B. DARDRAS and ANDREA SCHMITTGEN-DARDRAS, | § | CASE NO. 18-41380-7 |
| Debtors. | § | |
| RASOUL JABARI AND AKRAM MIRDAMADIHA, | § | |
| Plaintiffs, | § | |
| vs. | § | ADVERSARY NO. 18-4082 |
| JAHANBAKHSH B. DARDRAS, | § | |
| Debtor/defendant. | § | |



EOD
10/19/2018

## AGREED JUDGMENT

CAME ON to be heard the above matter and the parties having announced to the Court that they have reached an agreement and the Court is of the opinion that the agreement should be approved and judgment rendered accordingly.  It is therefore

ORDERED that the claim of the Plaintiffs RASOUL JABARI and AKRAM MIRDAMADIHA against the Defendant JAHANBAKHSH B.  DARDRAS in the amount of $750,000.00 be and the same is hereby determined to be nondischargeable under sections

**AGREED JUDGMENT** - PAGE 1
N:\pschurr\Jabari\2018 Dardras  ch 7\adversary\judgment.wpd

523(a)(2)(A) and 523(a)(4) of the Bankruptcy Code.

Signed on 10/19/2018

*[signature: Bill Parker]*

THE HONORABLE BILL PARKER
CHIEF UNITED STATES BANKRUPTCY JUDGE

**AGREED AND APPROVED:**

SCHEEF & STONE, L.L.P.
2600 Network Boulevard, Suite 400
Frisco, Texas 75034
Telephone: 214.472.2100
Telecopier: 214.472.2150

By: /s/ Patrick J. Schurr
  Patrick J. Schurr
  State Bar No. 17853530
  patrick.schurr@solidcounsel.com

ATTORNEYS FOR THE PLAINTIFFS


QUILLING, SELANDER, CUMMISKEY, & LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201-4240
Telephone: 214.871.2100
Telecopier: 214.871.2111

By: ***signature attached***
  Christopher J. Moser
  State Bar No. 14572500
  cmoser@qslwm.com

ATTORNEYS FOR DEFENDANT


***signature attached***
Jahanbakhsh B. Dardras, Debtor/Defendant


**AGREED JUDGMENT** - PAGE 2
N:\pschurr\Jabari\2018 Dardras ch 7\adversary\judgment.wpd

523(a)(2)(A) and 523(a)(4) of the Bankruptcy Code.

AGREED AND APPROVED:

SCHEEF & STONE, L.L.P.
2600 Network Boulevard, Suite 400
Frisco, Texas 75034
Telephone: 214.472.2100
Telecopier: 214.472.2150

By: _____
Patrick J. Schurr
State Bar No. 17853530
patrick.schurr@solidcounsel.com

ATTORNEYS FOR THE PLAINTIFFS

QUILLING, SELANDER, CUMMISKEY, & LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201-4240
Telephone: 214.871.2100
Telecopier: 214.871.2111

By: _____
Christopher J. Moser
State Bar No. 14572500
cmoser@qslwm.com

ATTORNEYS FOR DEFENDANT

_____
Jahanbakhsh B. Dardras, Debtor/Defendant

##end of order##

**AGREED JUDGMENT** - PAGE 2
N:\pschurr\Jabari\2018 Dardras ch 7\adversary\judgment.wpd